IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC ALBERTO HERRERA,<br><br>Defendant. | Case No.  CR 15-449-AB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 2, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Ashfaq Chowdhury specially appearing for DFPD Gabriel Pardo.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒   Allegations in petition which include defendant's failure to report to the Probation Officer, failure to report change of residence and that defendant absconded from supervision

☒   unknown background information, residence and employment and unknown residence history

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒   prior criminal history

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 2, 2016

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2